| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Houston, John A. | 2. Court or Organization<br><br>Southern District of Californi | 3. Date of Report<br><br>05/14/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U. S. District Court | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>940 Front Street<br>Suite 2140<br>San Diego, CA 92101-1118 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Trust #1 |
| 2.   Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Houston, John A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self Employed (consultant/clinical psychologist) |
| 2. 2010 | ERM, San Diego, CA (consulting) |
| 3. 2010 | Center For Creative Leadership, La Jolla ,CA |
| 4. 2010 | United States Navy, San Diego, CA |
| 5. 2010 | Innolect, Inc., Tega Cay, SC |
| 6. 2010 | The Broad Residency, Los Angeles, CA |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Just The Beginning Foundation | September 31, 2010 - October 3, 2010 | Atlanta, GA | CLE Program | Room and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | CitiBank | Mortgage - Rental Property - San Diego | N |
| 2. | Wells Fargo Bank | Mortgage - Investment Real Property | K |
| 3. | Citi Bank American Express | Credit Card | J |
| 4. | CIti Bank Mastercard | Credit Card | J |
| 5. | Small Business Administration | Mortgage - Vacant Lot - San Diego | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property (2), San Diego County, CA | D | Rent | O | W | | | | | |
| 2. | San Diego Gas & Electric (Sempra) | A | Dividend | K | T | | | | | |
| 3. | San Diego Gas & Electric (Sempra) | A | Dividend | K | T | | | | | |
| 4. | Fidelity Funds - IRA | A | Dividend | J | T | | | | | |
| 5. | --Fidelity Discovery Fund | | | | | | | | | |
| 6. | ---Fidelity New Markets Fund | | | | | | | | | |
| 7. | Trust | A | Interest | J | T | | | | | |
| 8. | - Leap Wireless Communications (Common Stock) | | | | | | | | | |
| 9. | Trust #2 | D | Distribution | M | T | | | | | |
| 10. | --MSDW Dividend Growth Securities Fund | | | | | | | | | |
| 11. | --MSDW California Tax-Free Income Fund | | | | | | | | | |
| 12. | --AIM Advisor Real Estate Fund | | | | | | | | | |
| 13. | --Eaton Vance WW Health Sciences Fund | | | | | | | | | |
| 14. | --Eaton Vance Taz Managed Growth Fund | | | | | | | | | |
| 15. | --Franklin Calif Trax Free Income Fund | | | | | | | | | |
| 16. | --MFS MidCap Growth Fund | | | | | | | | | |
| 17. | --Putnam Research Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Putnam International Voyager Fund | | | | | | | | | |
| 19. --Sentinel Small Cap Companies Fund | | | | | | | | | |
| 20. --Reserve Primary Fund Class R | | | | | | | | | |
| 21. --Lord Abbet Mid Cap Val Class C | | | | | | | | | |
| 22. MFS Val Class B | A | Dividend | J | T | | | | | |
| 23. MFS Value Class C | A | Dividend | J | T | | | | | |
| 24. American AMCAP Class C | A | Distribution | J | T | | | | | |
| 25. John Hancock US Glob Leaders Growth Class C | A | Dividend | J | T | | | | | |
| 26. Putnam Tax Smart Equity Class B | A | Dividend | J | T | | | | | |
| 27. Delaware Tax-Free California Class B | A | Interest | J | T | | | | | |
| 28. Real Property (3), Birmingham, AL | C | Rent | L | W | | | | | |
| 29. Real Propery (3)-Vacant Lot, San Diego ,CA | | None | O | W | | | | | |
| 30. Van Kampen Insured Muni Income Trust 589 | A | Interest | L | T | | | | | |
| 31. Pacific Innovative Select -Quailfied Annuity | A | Distribution | L | T | | | | | |
| 32. Union Bank Marked Linked Cert of Deposit - IRA | A | Interest | K | T | | | | | |
| 33. Union Bank Marked Linked Cert of Deposit - Simple IRA | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part One: Trust # 1 [ ........................................ ] Trust

Trust # 2: [ ................ ] Trust

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Houston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544